United States Court of Appeals
Fifth Circuit

**F I L E D**

**January 26, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 06-30588
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JEROME ROBERTS,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:03-CR-188
--------------------

Before REAVLEY, WIENER and DENNIS, Circuit Judges.

PER CURIAM:*

Jerome Roberts appeals the district court's revocation of
his supervised release and imposition of a term of imprisonment.
See 18 U.S.C. § 3583(g). He argues that the district court erred
in not imposing substance-abuse treatment pursuant to 18 U.S.C.
§ 3583(d) in lieu of incarceration. Roberts committed several
violations of the conditions of his supervised release. Failure
of a drug test was but one of those violations. Moreover, the
district court considered but rejected the available treatment
options. See § 3583(d). Accordingly, there was no error in the

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

district court's revocation of supervised release and imposition of a term of imprisonment. Roberts' 24-month sentence did not exceed the statutory maximum. <u>See</u> 18 U.S.C. § 3583(e)(3). His revocation sentence was therefore neither "unreasonable" nor "plainly unreasonable." <u>See</u> <u>United States v. Hinson</u>, 429 F.3d 114, 120 (5th Cir. 2005), <u>cert. denied</u>, 126 S. Ct. 1804 (2006).

AFFIRMED.